UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20345-CR-MOORE/McALILEY(s)
18 U.S.C. § 1590
18 U.S.C. § 1594(d)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

JEFFREY JASON COOPER,
    a/k/a "Dr. Janardana Dasa,"
    a/k/a "Janardana,"
    a/k/a "Jay,"

    Defendant.
_____/



FILED by ___ D.C.

SEP 1 3 2016

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. - MIAMI

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNTS 1-2
### Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, and Forced Labor
### (18 U.S.C. § 1590(a))

From on or about May 12, 2011, and continuing through on or about August 4, 2011, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

JEFFREY JASON COOPER,
a/k/a "Dr. Janardana Dasa,"
a/k/a "Janardana,"
a/k/a "Jay,"

did knowingly recruit, harbor, transport, provide, and obtain by any means a person for labor and services in violation of Chapter 77 of Title 18, United States Code, that is, in violation of Title 18, United States Code, Section 1589(a)(4), as specified as to each Count below:

| Count | Victim |
|---|---|
| 1 | Victim 1 |
| 2 | Victim 2 |

In violation of Title 18, United States Code, Sections 1590(a).

## **CRIMINAL FORFEITURE ALLEGATIONS**

1. The allegations of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JEFFREY JASON COOPER**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1590(a), as alleged in Counts 1 through 2 of this Information, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594(d), all of his right, title, and interest in the following:

a. Any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation; and

b. Any property, real or personal, which constitutes or is derived from proceeds traceable to such a violation.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set

2

forth in Title 21, United States Code, Section 853, made applicable by Title 28, United States Code, Section 2461(c).

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
SETH M. SCHLESSINGER
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
MATTHEW T. GRADY
TRIAL ATTORNEY – CIVIL RIGHTS DIVISION

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JEFFREY JASON COOPER,

    **Defendant.**
_____/

CASE NO.: 16-20345-CR-MOORE(s)

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | | |
|---|---|---|---|
| New Defendant(s) | Yes ___ | No | X |
| Number of New Defendants | | | |
| Total number of counts | 2 | | |

**Court Division:** (Select One)

  X  Miami         ___ Key West
  ___ FTL            ___ WPB
  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No)   No
   List language and/or dialect
4. This case will take   0   days for the parties to try.
5. Please check appropriate category and type of offense listed below:

    (Check only one)                     (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I. | 0 to 5 days | X | Petty | | |
| II. | 6 to 10 days | ___ | Minor | | ___ |
| III. | 11 to 20 days | ___ | Misdemeanor | | ___ |
| IV. | 21 to 60 days | ___ | Felony | | X |
| V. | 61 days or over | ___ | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: _____   Case No.: _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)   Yes
If yes:
Magistrate Case No.   16-MJ-2586-WCT
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of   05/04/2016
Defendant(s) in state custody as of _____
Rule 20 from the District of _____

Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?
   ___ Yes    X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?
   ___ Yes    X No

                                    _____
                                    SETH M. SCHLESSINGER
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No.: 064065

*Penalty Sheet(s) attached                                                                   REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: JEFFREY JASON COOPER

**Case No**:  16-20345-CR-MOORE(s)

Counts 1-2:

Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, and Forced Labor

Title 18, United States Code, Section 1590

\* **Max. Penalty**: Twenty (20) Years' Imprisonment

\* **Min. Penalty**: None

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   16-CR-20345-KMM(s) |
| Jeffrey Jason Cooper, | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

__Hon. Chris M. McAliley, U.S. Magistrate Judge__
*Judge's printed name and title*