UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20345-CR-MOORE

UNITED STATES OF AMERICA

vs.

JEFFREY JASON COOPER,
    a/k/a "Dr. Janardana Dasa,"
    a/k/a "Janardana,"
    a/k/a "Jay,"
        Defendant.
_____/

## ORDER OF DISMISSAL

A superseding information was filed in this matter on September 13, 2016 [DE 43] as part of a plea agreement between the parties and in anticipation of the defendant's entry of a guilty plea to the charges in the superseding information. Thereafter, two change of plea hearings were held in this matter: the first was held on September 14, 2016, and the second was held on September 30, 2016. During both hearings the defendant challenged the factual basis of the charges in the superseding indictment and did not enter a plea of guilty. At the conclusion of each hearing the Court was not able to and did not accept a guilty plea. Consequently, the United States formally withdrew its offer to allow the defendant to plead guilty to the superseding information and is proceeding to trial on the indictment [DE 12].

For these reasons, the United States respectfully requests that the superseding information filed at docket entry 43 be dismissed, and that the matter proceed on the underlying indictment [DE 12].

WHEREFORE, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by

leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the superseding information [DE 43] against the above-named defendant. The underlying indictment remains fully intact and pending.

                                          Respectfully submitted,

                                          WIFREDO A. FERRER
                                          UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: October 17th, 2016

                                          HON. K. MICHAEL MOORE
                                          CHIEF UNITED STATES DISTRICT JUDGE

cc:    U.S. Attorney (Seth M. Schlessinger, AUSA)
       Zeljka Bozanic, Esq.
       U.S. Marshal
       Chief Probation Officer
       Pretrial Services