UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20345-CR-MOORE

UNITED STATES OF AMERICA

vs.

JEFFREY JASON COOPER,
    a/k/a "Dr. Janardana Dasa,"
    a/k/a "Janardana,"
    a/k/a "Jay,"

    Defendant.
_____/

## VERDICT

We, the Jury, in this case, unanimously find as follows:

### COUNT ONE

As to Count 1 of the Indictment, we find defendant JEFFREY JASON COOPER:

GUILTY __X__ NOT GUILTY _____

### COUNT TWO

As to Count 2 of the Indictment, we find defendant JEFFREY JASON COOPER:

GUILTY __X__ NOT GUILTY _____

### COUNT THREE

As to Count 3 of the Indictment, we find defendant JEFFREY JASON COOPER:

GUILTY __X__ NOT GUILTY _____

## COUNT FOUR

As to Count 4 of the Indictment, we find defendant JEFFREY JASON COOPER:

GUILTY __X__  NOT GUILTY _____

## COUNT FIVE

As to Count 5 of the Indictment, we find defendant JEFFREY JASON COOPER:

GUILTY __X__  NOT GUILTY _____

*If you found Defendant guilty, please mark one or more of the immediately following spaces, indicating the alien(s) which you have unanimously found that the Defendant imported into the United States for immoral purposes. If you found the Defendant not guilty, please proceed without marking any of the immediately following spaces.*

__X__  Victim 1, that is, A.O.

__X__  Victim 2, that is, Z.R.

## COUNT SIX

As to Count 6 of the Indictment, we find defendant JEFFREY JASON COOPER:

GUILTY __X__  NOT GUILTY _____

*If you found Defendant guilty, please mark one or more of the immediately following spaces, indicating the alien(s) which you have unanimously found that the Defendant attempted to import into the United States for immoral purposes. If you found the Defendant not guilty, please proceed without marking any of the immediately following spaces.*

__X__  Victim 3, that is D.K.

__X__  Victim 4, that is B.A.

__X__  Victim 5, that is X.M.

**COUNT SEVEN**

As to Count 7 of the Indictment, we find defendant JEFFREY JASON COOPER:

GUILTY __X__ NOT GUILTY _____

**COUNT EIGHT**

As to Count 8 of the Indictment, we find defendant JEFFREY JASON COOPER:

GUILTY __X__ NOT GUILTY _____

**COUNT NINE**

As to Count 9 of the Indictment, we find defendant JEFFREY JASON COOPER:

GUILTY __X__ NOT GUILTY _____

**COUNT TEN**

As to Count 10 of the Indictment, we find defendant JEFFREY JASON COOPER:

GUILTY __X__ NOT GUILTY _____

### COUNT ELEVEN

As to Count 11 of the Indictment, we find defendant JEFFREY JASON COOPER:

GUILTY __X__ NOT GUILTY _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this __17__ day of __NOVEMBER__, 2016.


_____          _____
Foreperson's Signature                              Foreperson's Printed Name