IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI
CASE NO. **16-CR-20345-KMM-1**

---

**UNITED STATES OF AMERICA**,
   Plaintiff

vs.          **November 14, 2016**

**JEFFREY JASON COOPER, A.K.A.,**
**DR. JANARDANA DASA, A.K.A.,**
**JANARDANA, A.K.A., JAY**,
   Defendant.

---

**GOVERNMENT'S OPENING STATEMENT (EXCERPT)**

BEFORE THE HONORABLE **K. MICHAEL MOORE**,

UNITED STATES DISTRICT COURT JUDGE

---

### A P P E A R A N C E S

| | |
|---|---|
| FOR THE PLAINTIFF:<br>UNITED STATES OF AMERICA | **SETH M. SCHLESSINGER**, AUSA<br>**MATTHEW T. GRADY**, AUSA<br>United States Attorney's Office<br>99 NE 4th Street<br>Miami, FL 33132<br>(305) 961-9260<br>Seth.m.schlessinger@usdoj.gov |
| FOR THE DEFENDANT:<br>JEFFREY JASON COOPER,<br>A.K.A., DR. JANARDANA DASA, A.K.A.,<br>JANARDANA, A.K.A., JAY | **GENNARO CARIGLIO, JR.**, ESQ<br>10800 Biscayne Blvd., Ste. 900<br>Miami, FL 33161<br>(305) 899-0438<br>Sobeachlaw@aol.com. |
| | **ZELJKA BOZANIC**, ESQ<br>BOZANIC & ASSOCIATES, PA<br>800 Brickell Avenue Penthouse II<br>Miami, FL 33131<br>(305) 643-1040<br>Zeljka@bozaniclaw.com |
| | **DENNIS GONZALEZ, JR.**<br>**MANUEL FERNANDO HERRERA**<br>Gonzalez & Herrera, PA |

```
 1                          11401 SW 40th Street, Suite 204
                            Miami FL  33165
 2                          (305) 209-0384
                            Dennis@dgonz.com
 3                          Manny@gnhpa.com

 4

 5      REPORTED BY:        GIZELLA BAAN-PROULX, RPR, FCRR
                            United States Court Reporter
 6                          400 North Miami Avenue, Suite 8S32
                            Miami  FL  33128
 7                          (305) 523-5294
                            gizella_baan-proulx@flsd.uscourts.gov
 8
        Also present:
 9            HUY NGUYEN, HSI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**P R O C E E D I N G S**

*(The following proceedings were held in open court.)*

*     *     *     *     *     *     *     *     *     *     *

***(Thereupon, proceedings were held but not transcribed.)***

*     *     *     *     *     *     *     *     *     *     *

***OPENING STATEMENT***

10:40

**MR. GRADY**: Good morning, ladies and gentlemen. We're here today because this defendant is a two-faced fraud, phony, and sex trafficker who hatched a scheme --

**MR. CARIGLIO**: Objection.

**THE COURT**: Confine yourself to the evidence to be presented.

10:40

**MR. GRADY**: -- who hatched a scheme to be appear to be a legitimate businessman in order to trick people both here in the U.S. and half a world away in the country of Kazakhstan. On the one hand, the defendant ran a prostitution business both here in Miami and in L.A. As part of his prostitution business, he had women provide erotic massages. Those are massages where, at the end, the women manually masturbate the male clients until ejaculation. But on the other hand, the defendant also claimed to be Dr. Janardana Dasa, the owner and operator of a local yoga business here in South Florida. It was through this persona that the defendant extended false

1  promises of legitimate jobs to college students in Kazakhstan
2  claiming that he would employ them as clerical workers for his
3  yoga studio.
4         Two such college students, ▓▓▓▓ "A" and ▓▓▓▓ "Z",
5  traveled from Kazakhstan to Miami under what is called the
6  Summer Work Travel program with the impression that they would
7  work as receptionists at the defendant's yoga studio.  But when
8  they arrived it Miami, they learned the truth.  They learned
9  that the defendant didn't intend for them to work performing
10 clerical duties, he intended for them to perform erotic
11 massages for his male prostitution clients.
12        During this trial you're first going to learn about
13 this Summer Work Travel program.  You'll learn that it provides
14 a temporary opportunity for foreign college students to enter
15 with -- in the U.S. to work during their summer break.  And at
16 the end of the summer break, they would return to their home
17 countries and return to their studies.  The purpose of this
18 program is to promote goodwill and mutual understanding
19 throughout the world as, hopefully, these students will have a
20 good experience with their time in the U.S.  And after being
21 exposed to the U.S. culture, tell about their great experience
22 back to their countrymen back home.  And these students who are
23 attending college, hopefully they're future leaders back in
24 their home country.
25        It also benefits U.S. employers because they received

```
         1  seasonal employment workers to help with the busy summer
         2  season.  This program is run by the State Department because
         3  the students received a J-1 visa to lawfully work here during
         4  the summertime.  But it's really managed by private entities
10:43    5  called sponsors, because thousands of college students come
         6  from foreign countries every summer.  It's up to these sponsors
         7  to vet that employment and ensure that the students will
         8  receive minimum wage, for example, and also ensure that the
         9  students are not placed in any prohibited categories of
10:43   10  employment such as the adult entertainment industry, such as
        11  performing prostitution acts.
        12          Now, you'll also learn in this trial how it came to be
        13  that this defendant became a host employer for multiple college
        14  students from Kazakhstan.  You'll learn that actually came
10:43   15  about in the summer of 2010 when the defendant met two summer
        16  work program college students from Kazakhstan; one of whom was
        17  Diyana Ishmetova.  Diyana was actually participating as a
        18  student in Orlando in the summer of 2010, and she visited Miami
        19  with a friend before returning home to Kazakhstan that fall.
10:44   20  While she was here in Miami, she was at a cafe and had a chance
        21  encounter with the defendant.  They spoke a little bit.  And
        22  eventually they became friends on Facebook.
        23          By the spring of 2011.  The defendant learned that
        24  Diyana was a Summer Work Travel coordinator back in Kazakhstan,
10:44   25  and the defendant suggested that Diyana send him students to
```

work at his yoga health centers.  You're going to know this because you're going to see all of the Facebook exchanges between the defendant and Diyana.  For example, you'll see some of the lies in these Facebook exchanges.  The defendant telling Diyana the workers will perform clerical duties such as answering phones and setting up appointments.

Originally, the defendant was going to host four college students from Kazakhstan.  Later on, he also agreed to host two additional students, who were ▮▮▮ "A" and ▮▮▮ "Z".  Most importantly, at no point in time did the defendant tell Diyana, actually, the students are going to be performing erotic massages for me.  Not only did the defendant lie to Diyana, but he also made similar lies to a company called Center for Cultural Interchange, or CCI for short.  CCI was one of these Summer Work Travel sponsors.  They're a middleman to make sure that there's no problems between the students and their U.S. host employer.

The defendant submitted job offers to CCI indicating that he ran a yoga business and that these Kazakhstan college students were going to be receptionists at his yoga studio.  They would be performing clerical duties.  They would be performing clerical duties from an address that was actually his apartment address in North Bay Village.  The apartment complex was the Bayshore Yacht and Tennis Club.  Not only did he make this in statements, but he had multiple phone calls

1  with CCI, because CCI called him before any college student
2  traveled from Kazakhstan.  He told CCI, yes, they will be
3  performing clerical work.  Yes, I actually have housing for
4  them.  They're going to live above the yoga studio.  But you're
5  going to find out these are lies.
6            You're going to see the Bayshore Yacht and Tennis
7  Club.  You're going to see there is no yoga studio in this
8  apartment complex.  You're going to hear from witnesses say
9  there is no yoga studio in the Bayshore Yacht and Tennis Club.
10 But CCI doesn't know this.  They're located in Chicago, so
11 they're relying on the defendant's word and taking him to be
12 honest.
13           Now, the judge earlier read the 11 counts that you
14 will consider at the end of this trial.  They can really be
15 broken down into four categories.  The first category is wire
16 fraud for the lies the defendant told CCI in order as part of
17 his scheme to defraud and have students come in to work at his
18 massage business.
19           Eventually we will get to May 30th, 2011.  That's when
20 ▓▓▓ "A" and ▓▓▓ "Z" traveled to Kazakhstan and got here to
21 Miami.  You're going to hear that they were pretty tired
22 because, again, it was a long international trip.  But being
23 tired quickly became the least of their concerns because that
24 was replaced by surprise, shock, disappointment, sadness, from
25 when they learned that the defendant expected them to perform

```
 1  erotic massages.
 2            The second category of counts for you to consider will
 3  be what's called bringing in aliens for immoral or prostitution
 4  purposes.  You're going to see what the defendant's intent was
 5  in bringing them in, because you're going to see Facebook
 6  exchanges in the days leading up to their arrival.  Facebook
 7  messages where the defendant tells various friends and clients,
 8  Hey, I'm hosting four working travel students this summer.  I'm
 9  going to be fully stocked.  Or telling other clients, I'm
10  bringing in working travel students, you should come by for a
11  massage.
12            Now, it's important to point out right now that you're
13  not going to hear from Diyana, you're not going to hear from
14  ███ "A".  You're not going to hear from ███ "Z" or the
15  other college students that were supposed to work for the
16  defendant that summer because they're back in Kazakhstan.
17  Again, the Summer Work Travel program, the intent is having
18  them temporarily enter and live here before they go back to
19  their home countries and resume their lives.
20            So how are you going to know that ███ "A" and ███
21  "Z" were surprised and shocked when they came into the country?
22  First, again, you're going to have Facebook messages, Facebook
23  messages from the defendant to Diyana the days after ███ "A"
24  and ███ "Z" arrived.  He tells Diyana, Look, these first two
25  students, they're being difficult.  They're not being
```

```
 1  cooperative.  I provide sensual massages for wealthy clients.
 2  They can make a lot of money this summer, but they need to
 3  cooperate.  And you're going to see Diyana response and her
 4  surprise to this revelation.
 5            Second, you're going to hear from multiple women who
 6  worked in the defendant's prostitution business that summer,
 7  women who observed       "A" and       "Z".  And they're going
 8  to come and testify about the demeanor that they experienced
 9  when they saw       "A" and       "Z" and the sadness and the
10  depression that they saw.  And also, they're asking to try to
11  find another place to live or another place to work.
12            Third, you're also going to see job applications that
13        "A" and       "Z" submitted.  One such job application
14  was to Trio, which is a restaurant within walking distance of
15  the defendant's apartment complex.  This was submitted in the
16  days after they arrived, and it shows their idea of trying to
17  find some other employment other than providing erotic massages
18  for the defendant.
19            The third category of counts for you to consider is
20  sex trafficking by fraud.  And you'll find out that it's
21  unlawful to use fraud to recruit, entice, or obtain individuals
22  to perform commercial sex acts.  And whether       "A" and
23        "Z" did or didn't later perform these erotic massages is
24  irrelevant, because the use of the fraud alone is prescribed in
25  the sex trafficking statute.
```

```
 1              Now, meanwhile, the first week in June, the other
 2   college students that were supposed to work for the defendant,
 3   they arrived in the U.S., but they do not go to work for the
 4   defendant.  And there will be some conversations with CCI that
 5   will flush this out for you.  Because CCI gets a phone call
 6   from one of the relatives of these students who was supposed to
 7   come and work for the defendant, and they tell CCI, We have
 8   arrived, we're here in Florida, but we don't want to work for
 9   the defendant because we heard the job involves massages, but
10   we came to do receptionist duties.
11              So naturally, CCI, they reach out.  They contact the
12   defendant.  The defendant quite predictably lies.  He tells
13   CCI, Yes, I do have a couple students already, ▮▮▮ "A" and
14   ▮▮▮ "Z".  They're doing fine.  They're working for me.
15   That's not a problem.  The massages?  No, they're not being
16   asked to do massages.  Maybe my wife showed them some massage
17   techniques, but that's unrelated to their job of performing
18   clerical for my yoga studio.  And then the defendant goes even
19   further.  He tells CCI that he feels defamed by these
20   allegations of people making up massage allegations about his
21   business, and he feels really disadvantaged that these other
22   students are not going to come and work for him this summer.
23              Meanwhile, you'll also learn that ▮▮▮ "A" and ▮▮▮
24   "Z" did perform acts of prostitution for the defendant in June
25   and in July of 2011.  They also were performing acts in August
```

1  2011.  But by this time, the defendant had come to the
2  attention of local law enforcement.  They heard that the
3  defendant is operating a prostitution business from this
4  Bayshore Club apartment complex; that they heard the defendant
10:52  5  is doing so via Backpage.  Backpage, you'll learn, is an
6  internet website that is used for classified ads.  And you're
7  learn it's commonly used to post ads or asking for -- detailing
8  sexual services that various women offer.
9           It was through ads that were connected to the
10:53  10  defendant that law enforcement scheduled an undercover
11  operation scheduling a date -- scheduling a prostitution date
12  that ended up being ▆▆▆ "A" and ▆▆▆ "Z".  This was on
13  August 4th, 2011.  But the defendant didn't know that it
14  happened.  The defendant was in L.A. running his prostitution
10:53  15  business and, in fact, ▆▆▆ "A" and ▆▆▆ "Z" were supposed
16  to travel the very next day on August 5th from Miami to L.A. to
17  work for the defendant performing erotic massages there.
18           But, again, the defendant doesn't know that they had
19  been encountered by law enforcement, so he engages in a series
10:53  20  of messages via Facebook with ▆▆▆ "A" and with ▆▆▆ "Z".
21  And you're going to see those messages in the course of this
22  trial.  For example, you're going to see one message where the
23  defendant mocks ▆▆▆ "A" and tells her that, well, she's not a
24  virgin anymore and wonder what her father would think about
10:54  25  that.

| | |
|---|---|
| | 1   You're also going to hear a phone call that ▓▓▓ "A" |
| | 2   made to the defendant in September 2011, a phone call that was |
| | 3   recorded by law enforcement because, again, the defendant |
| | 4   doesn't know that they had been encountered by law enforcement. |
| 10:54 | 5   You're going to hear that entire 35-minute phone call where |
| | 6   ▓▓▓ "A" confronts him multiple times about lying to her about |
| | 7   the receptionist trap. |
| | 8           Now, you're going to learn the defendant went to such |
| | 9   great lengths as to sponsor working travel students because |
| 10:54 | 10  he's always recruiting for his prostitution business.  You're |
| | 11  going to see hundreds of Backpage ads tied to the defendant |
| | 12  where he's listing sexual services his women will provide or |
| | 13  seeking to recruit women to work for his prostitution business. |
| | 14  And, in fact, an undercover female agent called the defendant |
| 10:55 | 15  pretending to be interested in working for his prostitution |
| | 16  business.  You're going to hear that phone call, which was |
| | 17  recorded.  And you're going to hear that phone call where the |
| | 18  defendant said to the undercover agent, You can make $800 a day |
| | 19  if you perform full service sex with my clients.  You're also |
| 10:55 | 20  going to see text message that the defendant had with various |
| | 21  women, text messages where he's scheduling and setting up |
| | 22  prostitution dates for them. |
| | 23          And the reason the defendant does this is to make |
| | 24  money.  You're going to see thousands of dollars deposited -- |
| 10:55 | 25  thousands of dollars of cash deposited into bank accounts that |

```
 1  the defendant owns.
 2          And that brings us to the fourth and final category of
 3  counts for you to consider.  That's the defendant's use of
 4  interstate commerce such as the internet, such as cell phones
 5  in order to operate his prostitution business.
 6          Now, finally, members of the jury, not only did the
 7  defendant lie to Diyana, lie to ▮▮▮ "A" and ▮▮▮ "Z", lie
 8  to CCI, lie to the government claiming to being Dr. Janardana
 9  Dasa, but he also lied to law enforcement.  Law enforcement
10  questioned the defendant twice in this case; once in September
11  2015 and again in April 2016.  And they questioned the
12  defendant and they used the ruse pretending they were looking
13  for ▮▮▮ "A" and ▮▮▮ "Z" with the hope that maybe he would
14  provide some truthful information.
15          In September 2015, the defendant told law enforcement
16  that they didn't actually do secretarial work, instead he had
17  them clean apartments.  They also installed antivirus on his
18  computer.  He gave them some cash.  And he classified his
19  relationship with ▮▮▮ "A" and ▮▮▮ "Z" as that of an older
20  brother.
21          Now, in April of 2016, the defendant again maintained
22  that he had secretarial work for these students to do, they
23  just didn't want to do it.  And at the end of this interview,
24  the topic of massages came up.  And this is where the timing
25  gets very interesting because that interview occurred on
```

```
10:57   1  April 30th, 2016.  Three days later, on May 3rd of 2016, the
        2  defendant books travel to Panama, books travel to Panama
        3  leaving two days later on May 5th, 2016.  But that's when he
        4  gets stopped by law enforcement and that brings us here to
        5  today.
        6          Now, at the end of this case, ladies and gentlemen,
        7  the government is going to ask that you hold this two-faced
        8  fraud, this phony, this sex trafficker accountable for the lies
        9  and the deception that he used in this case.  These college
10:57  10  students came as part of a cultural exchange to see the promise
       11  of America.  Instead they were exposed to the very worst part
       12  of America; that is being exposed to a fraudster who will do
       13  anything to line his own pockets with money.  Thank you.
       14          THE COURT:  Defense.
10:58  15
       16  *     *     *     *     *     *     *     *     *     *     *
       17      (Thereupon, proceedings were held but not transcribed.)
       18  *     *     *     *     *     *     *     *     *     *     *
       19
       20     (Thereupon, the above portion of the trial was concluded.)
       21
       22                      *        *        *
       23
       24
       25
```

**C E R T I F I C A T E**

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

11/03/2017         _____
_____
DATE COMPLETED    GIZELLA BAAN-PROULX, RPR, FCRR